KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Acting Chief, Criminal Division

DEREK OWENS (CASBN 230237)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7031
Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBIN MYERS,<br><br>　　　　Defendant. | Case No. CR 06-0121 MAG<br><br>**ORDER FOR SUMMONS** |

Having reviewed the Offense Report and Declaration of Troy Ware, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant Robin Myers appear on April 5, 2006 at 9:30 am before Magistrate Judge Larson to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 17 March 06

　　　　　　　　　　　　　　　　BERNARD ZIMMERMAN
　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 06-0121 MAG